FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 0 5 2008

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 08-cv-00276-MSK-KMT

KATHY SHANKLE,

    Plaintiff,

v.

ROBERT M. GATES, Secretary,

    Defendant.

---

### ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

---

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed in forma pauperis. It now is

ORDERED that, if appropriate, the United States Marshal shall attempt to obtain a waiver of service from the defendant. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendant. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States.

DATED this 4th day of March, 2008.

BY THE COURT:

*Marcia S. Krieger*

Marcia S. Krieger
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-00276-MSK-KMT

Kathy Shankle
3730 Sedgewood Way
Colorado Springs, CO 80918

Robert M. Gates - **CERTIFIED**
Secretary of Defense
1000 Defense Pentagon
Washington, D.C., 20301

United States Attorney General - **CERTIFIED**
Room 5111, Main Justice Bldg.
10th and Constitution, N.W.
Washington, D.C. 20530

United States Attorney
District of Colorado
**DELIVERED ELECTRONICALLY**

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following service forms to The United States Attorney General and the United States Attorney's Office for process of service on Robert M. Gates: TITLE VII COMPLAINT FILED 02/08/08, SUMMONS, AND CONSENT FORM on 3-5-08 .

                                      GREGORY C. LANGHAM, CLERK

                                      By: _____
                                                   Deputy Clerk